JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3924
   Fax: (510) 637-3724
   E-Mail: chinhayi.cadet@usdoj.gov

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00552 DLJ |
|     Plaintiff, ) | |
| ) | **ORDER FOR SUMMONS** |
|     v. ) | OAKLAND VENUE |
| ) | |
| DIMITRIOS DIMITRAKIS, ) | |
| VOLODYMYR DOMBROVSKYY, and ) | |
| TRANSMAR SHIPPING CO, S.A. ) | |
|     Defendants. ) | |

Having reviewed the Declaration of Chinhayi Cadet, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendants, Dimitrios Dimitrakis, Volodymyr Dombrovskyy, and Transmar Shipping Co, S.A., to appear on July 26, 2010, at 10:00 am before **Magistrate Judge Donna M. Ryu** to answer the Information that

///

///

1
2  has been filed by the United States Attorney.
3
4          IT IS SO ORDERED.
5
6  Dated: 7/19/10



   _____
   DONNA M. RYU
   United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28